*quentin izel bessent*

United States Bankruptcy Court for the:

middle  District of florida

_(State)_

Case number (*if known*): _____  Chapter ____

JUL 1 4 2025

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

QUENTIN IZEL BESSENT

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

House of Bessent Tribe

Quentin Izel Bessent Estate

Quentin Izel Bessent Private Bank & Trust

**3. Debtor's federal Employer Identification Number (EIN)**

84— 6921054

**4. Debtor's address**

Principal place of business
Principal Place of Business:

5005 Lee Avenue
Number    Street
·Ona, florida [33865]
City                              State        ZIP Code
Hardee county
County

Mailing address, if different from principal place of business
General Post Office Box 373

Number    Street
_____ P.O.
Box
Ona, florida
[33865]
City                              State        ZIP Code
Location of principal assets, if different from principal place of business

Number    Street
_____

City                              State        ZIP Code

**5. Debtor's website (URL)**

www.houseofbessent.org

**Type of debtor**

**6.**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

x Other. Specify: Tribal Private Trust Estate

| Debtor | _____ | Case number (if known)_____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) ☐ None of the above

**B. Check all that apply:**

X Tax-exempt entity (as described in 26 U.S.C. § 501) **Tax-Exempt Entity (Private Ecclesiastical Trust)**

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____8134___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:* ☐   Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

X The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

X No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

Debtor _____     Case number (if known)_____
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

X No

☐ Yes. Debtor _____     Relationship _____
　　　　　District _____     When _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD　/ YYYY
　　　　　Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply: X Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____ ☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　Number　　　　Street

_____
City　　　　　　　　　　　　　　　　State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one: ☐ Funds will be available for distribution to unsecured creditors.

X After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Debtor _____    Case number (if known)_____
          Name

**14. Estimated number of creditors**

| | | |
|---|---|---|
| X 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☑ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | X $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | X $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/14/2025
              MM / DD /YYYY

X̶ _____ signature _____    _____
Signature of authorized representative of debtor    Printed name

Title _authorized agent_

**18. Signature of attorney**

✗

_____    Date
Signature of attorney for debtor              MM / DD /YYYY

Printed name _____

Firm name _____

Number        Street _____

City _____    State _____ ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

---



without recourse
accepted for value

private trust deposit
confidential

e/i: 84-692 1054
O Ch: 145-692 1054
by: quentin izel houseof bessent
quentin rzel house of bessent

General Executive

Peace of Mind Fellowship Trust

SHAUNDA L FLETCHER
NOTARY PUBLIC
STATE OF TEXAS
ID. 126066745
EXP. 02-22-2028

TRIBAL POST OFFICE
By Decree of the Most High

SUPREME POSTAL
TRIBAL POSTAL SERVICE
By Decree of the Most High
SYSTEM

BY ORDER OF HOUSE
OF BESSENT TRIBE

# Voluntary Petition for Non-Individuals Filing for Bankruptcy (Form 201)

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-001**

Prepared for: House of Bessent Tribe / Quentin Izel Bessent Estate
Filing Chapter 11 in the Middle District of Florida (Tampa Division)

## 1. Debtor's Name:
QUENTIN IZEL BESSENT

## 2. All Other Names:
House of Bessent Tribe
Quentin Izel Bessent Estate
Quentin Izel Bessent Private Bank & Trust

## 3. EIN:
84-6921054

## 4. Address:
Principal Place of Business:
5005 Lee Avenue
Ona, Florida [33865]
Hardee County

Mailing Address:
General Post Office Box 373
Ona, Florida [33865]

## 5. Debtor's Website:
www.houseofbessent.org

## 6. Type of Debtor:
Other: Tribal Private Trust Estate

## 7. Description of Debtor's Business:
None of the above
**Tax-Exempt Entity (Private Ecclesiastical Trust)**
NAICS: 8134 (Civic, Social, Advocacy & Grantmaking Orgs)

## 8. Chapter of Filing:
Chapter 11
☑ Small Business Debtor (11 U.S.C. § 101(51D))

## 9. Prior Bankruptcies:
None

## 10. Affiliates:
None

## 11. Venue Justification:
☑ Domicile, principal place of business, and assets are in this district for at least 180 days

## 12. Property Needing Immediate Attention:
☑ No

## 13. Funds Available to Creditors:
☑ After administrative expenses, no funds available

## 14. Estimated Number of Creditors:
☑ 1–49

## 15. Estimated Assets:
☑ $100,000,001 – $500 million

## 16. Estimated Liabilities:
☑ $10,000,001 – $50 million

## 17. Declaration & Signature:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 10, 2025

Autograph of Authorized Representative:

*b/1 quentin izel house of bessent*
Printed Name: Quentin Izel of the House of Bessent
Title: Trustee-in-Possession

DCN: HB-BANK-20250710-001  lei 5493000564TYRPG4ZW09   bsa 31000243362928 fins 375543   uei J6MDKKNLQCM5

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | quentin izel bessent (estate) | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Middle District of Florida

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................................ | $ 9,999,999.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ....................................................... | $ 39,999,999.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* .............................................................. | $ 39,999,999.00 |

### Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of *Schedule D* ........... | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ................................. | $ 10,000,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............................. | + $ 10,000,000.00 |
| **Your total liabilities** | $ 30,000,000.00 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ................................................... | $ |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ...................................................... | $ |

Debtor 1  quentin izel bessent (estate)

      First Name    Middle Name    Last Name

Case number (if known)_____

### Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ Your debts are primarily consumer debts. Consumer debts are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$_____

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 10,000,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. Total. Add lines 9a through 9f. | $ 10,000,000.00 |

# Official Form 106Sum

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-002**

Summary of Your Assets and Liabilities and Statistical Information
(For Chapter 11 Filing – Middle District of Florida)

## Part 1: Summarize Your Assets

1a. Total real estate from Schedule A/B (Line 55): $9,999,999.99
1b. Total personal property from Schedule A/B (Line 62): $99,999,999,999.99
1c. Total of all property on Schedule A/B (Line 63): $100,009,999,999.98

## Part 2: Summarize Your Liabilities

2a. Secured Claims from Schedule D: $0.00
3a. Priority Unsecured Claims from Schedule E/F (Line 6e): $10,000,000.00
3b. Nonpriority Unsecured Claims from Schedule E/F (Line 6j): $40,000,000.00
Total Liabilities: $50,000,000.00

## Part 3: Summarize Your Income and Expenses

4. Monthly Income (Schedule I, Line 12): _____
5. Monthly Expenses (Schedule J, Line 22c): _____

## Part 4: Administrative and Statistical Information

6. Filing under Chapter 7, 11, or 13? ☑ Yes
7. Nature of Debts? ☑ Not primarily consumer debts
8. Current Monthly Income (Form 122B, Line 11): _____
9. Special Categories of Claims (from Schedule E/F Part 4):
   9a. Domestic support obligations: $0.00
   9b. Taxes and other debts owed to government: $10,000,000.00
   9c. Claims for injury while intoxicated: $0.00
   9d. Student loans: $0.00
   9e. Divorce or separation obligations not priority: $0.00
   9f. Pension or profit-sharing plan debts: $0.00
   9g. Total: $10,000,000.00

Filed by: Quentin Izel of the House of Bessent, sui juris, in propria persona
Title: Trustee-in-Possession
Date: July 10, 2025

DCN: HB-BANK-20250710-002  lei 5493000564TYRPG4ZW09   bsa 31000243362928 fins 375543   uei J6MDKKNLQCM5

Fill in this information to identify your case and this filing:

Debtor 1    quentin izel bessent
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.** "See attached Schedule A/B contin
Street address, if available, or other description

"See attached Schedule A/B contin

ona, florida [33865]
City        State        ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?        Current value of the portion you own?
$_____        $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

(tribal land holdings under private tru

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** "See attached Schedule A/B contin
Street address, if available, or other description

City    -    State        ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?        Current value of the portion you own?
$_____        $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Debtor 1    quentin izel bessent
      First Name    Middle Name    Last Name

Case number (if known) _____

**1.3.**

_____
Street address, if available, or other description

_____

_____

_____
City        State   ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ...............➔    $ 9,999,999.00

## Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.**  Make: **chevy**
Model: **silverado**
Year: **2015**
Approximate mileage: **150000**
Other information:

(VIN: 3GCPCSEC1FG126439)

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

If you own or have more than one, describe here:

**3.2.**  Make: **chevy**
Model: **malibu**
Year: **2010**
Approximate mileage: **170000**
Other information:

(VIN: 1G1ZB5EB7AF121544)

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

Debtor 1   quentin izel bessent
           First Name   Middle Name   Last Name                              Case number (if known)_____

3.3.  Make:              mini cooper

      Model:             s

      Year:              2009

      Approximate mileage:   140000

      Other information:

      (VIN:
      WMWMS33539TY08159)

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

3.4.  Make:              ford f8m

      Model:             dump truck

      Year:              1984

      Approximate mileage:   170000

      Other information:

      (VIN: 1FDXK87U2EVA46449)

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☐ No
    ☐ Yes

4.1.  Make:  _____

      Model:  _____

      Year:  _____

      Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

4.2.  Make:  _____

      Model:  _____

      Year:  _____

      Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................→

$   75,000.00

Debtor 1    quentin izel bessent
_____
First Name    Middle Name    Last Name

Case number (if known)_____

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe......... | Household goods and clothing used within tribal domain. No luxury items. | $    10,000.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☐ Yes. Describe......... | televisions, laptops, printers | $    3,000.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☐ Yes. Describe......... | | $ _____

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☐ Yes. Describe.......... | | $ _____

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☐ Yes. Describe.......... | | $ _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☐ Yes. Describe.......... | | $ _____

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.......... | gold and silver coins and bars | $    100,000.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☐ Yes. Describe.......... | | $ _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☐ Yes. Give specific
information. ........... | | $ _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................→ | $    113,000.00

Debtor 1    quentin izel bessent
      First Name    Middle Name    Last Name

Case number (if known)_____

---

**Part 4:**   **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ❑ Yes....................................................................................................... Cash: ................. $_____

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ❑ No
    ❑ Yes.....................     Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | _____ | $_____ |
| 17.2. Checking account: | _____ | $_____ |
| 17.3. Savings account: | _____ | $_____ |
| 17.4. Savings account: | _____ | $_____ |
| 17.5. Certificates of deposit: | _____ | $_____ |
| 17.6. Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8. Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ❑ No
    ❑ Yes..................     Institution or issuer name:

    regions      $      12,000.00

    "Estate trust money market account held for administrative purposes. No SSN    $_____

    (Held by Quentin Izel of the House of Bessent, sui juris, in propria persona, Tr    $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ❑ No      Name of entity:      % of ownership:
    ❑ Yes. Give specific    see attached exhibit      0%  %    $_____
    information about                                     0%  %    $_____
    them........................                                       0%  %    $_____

Debtor 1   quentin izel bessent
   First Name  Middle Name  Last Name

Case number (if known)_____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No
☑ Yes. Give specific    Issuer name:
  information about    see attached exhibit
  them...................

                    $_____
                    $_____
                    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☐ Yes. List each
  account separately.   Type of account:   Institution name:

          401(k) or similar plan:   _____   $_____

          Pension plan:   _____   $_____

          IRA:   _____   $_____

          Retirement account:   _____   $_____

          Keogh:   _____   $_____

          Additional account:   _____   $_____

          Additional account:   _____   $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No
☐ Yes.......................         Institution name or individual:

          Electric:   _____   $_____

          Gas:   _____   $_____

          Heating oil:   _____   $_____

          Security deposit on rental unit: _____   $_____

          Prepaid rent:   _____   $_____

          Telephone:   _____   $_____

          Water:   _____   $_____

          Rented furniture:   _____   $_____

          Other:   _____   $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☐ No
☐ Yes.......................    Issuer name and description:

            _____   $_____
            _____   $_____
            _____   $_____

Debtor 1    quentin izel bessent
     First Name   Middle Name   Last Name

Case number (if known) _____

24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No

☐ Yes .................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____  $_____

    _____  $_____

    _____  $_____

25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit

☐ No

☑ Yes. Give specific information about them....   | Unlimited Sacred Instrument (non-commercial) |   $_____

26. Patents, copyrights, trademarks, trade secrets, and other intellectual property
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No

☑ Yes. Give specific information about them....   | quentin izel bessent; www.houseofbessent.org; |   $_____

27. Licenses, franchises, and other general intangibles
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....   $_____

**Money or property owed to you?**

                                         **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. Tax refunds owed to you

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .........   | requested forensic audit of all accounts associated with master account. |   Federal: $_____   State: $_____   Local: $_____

29. Family support
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No

☐ Yes. Give specific information.............   Alimony: $_____   Maintenance: $_____   Support: $_____   Divorce settlement: $_____   Property settlement: $_____

30. Other amounts someone owes you
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information...............   | pending request of all corporations and agencies to provide the interest on the account form 706/709. |   $_____

Debtor 1    quentin izel bessent
      First Name    Middle Name     Last Name           Case number *(if known)*_____

**31. Interests in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

❏ No
❏ Yes. Name the insurance company
     of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

❏ No
❏ Yes. Give specific information............         $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue

❏ No
☑ Yes. Describe each claim. ................ veified petition in the high chancery court of england    $ 721,000,000.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

❏ No
❏ Yes. Describe each claim. ................        $_____

**35. Any financial assets you did not already list**

❏ No
❏ Yes. Give specific information............        $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................➔    $ 721,012,000.00

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

❏ No. Go to Part 6.
☑ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

❏ No
☑ Yes. Describe....... business assets of quentin izel bessent private bank estate and trust    $ 0.00

**39. Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

❏ No
☑ Yes. Describe....... tribal court and postal system (infrastructure tools and fixtures), including compute    $ 2,000.00

Debtor 1  quentin izel bessent
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes. Describe........ | "Field and trade tools used in tribal construction, postal route maintenance, land cu | $  200,000.00

**41. Inventory**

☐ No

☑ Yes. Describe........ | Yes and list "Tribal publication materials, ceremonial textiles, or seedstock held fo | $ _____

**42. Interests in partnerships or joint ventures**

☐ No

☑ Yes. Describe.......

| Name of entity: | % of ownership: | |
|---|---|---|
| House of Bessent Tribe, Quentin Izel Bessent Corporation | ___% | $ _____ |
| Peace of Mind Fellowship Trust | ___% | $ _____ |
| "Held as sole beneficiary and trustee." | 100 % | $ _____ |

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

　　☐ No

　　☐ Yes. Describe........ | _____ | $ _____

**44. Any business-related property you did not already list**

☐ No

☑ Yes. Give specific information ......... | "Yes – includes sacred contracts, non-U.S. jurisdictional bonds, and admini | $ _____
　　| "Unspecified sacred value – commercial use restricted." | $ _____
　　| | $ _____
　　| | $ _____
　　| | $ _____
　　| | $ _____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ..................................................... → | $  202,000.00

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ....................... | _____ | $ _____

Debtor 1   quentin izel bessent                          Case number (if known)_____
           First Name   Middle Name   Last Name

48. Crops—either growing or harvested
    ☐ No
    ☑ Yes. Give specific   | medicinal herbs, fresh fruit trees |           $           3,000.00
       information.

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
    ☐ No
    ☑ Yes.................   | skid steer, tractor, trailers, mowers, trucks |   $         100,000.00

50. Farm and fishing supplies, chemicals, and feed
    ☑ No
    ☐ Yes.................   |                                       |          $               0.00

51. Any farm- and commercial fishing-related property you did not already list
    ☐ No
    ☑ Yes. Give specific   | "Permaculture plans, greenhouse structure, rainwater systems, sacred heirloom s |   $
       information.

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached   →   $      103,000.00
    for Part 6. Write that number here ....................................................................................

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    Examples: Season tickets, country club membership
    ☐ No
    ☑ Yes. Give specific   |                                       |   $_____
       information.        |                                       |   $_____
                           |                                       |   $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ...........................   →   $            1.00

## Part 8:   List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ...................................................................................   →   $   9,999,999.00

56. Part 2: Total vehicles, line 5                                        $      75,000.00

57. Part 3: Total personal and household items, line 15                  $     113,000.00

58. Part 4: Total financial assets, line 36                              $ 721,012,000.00

59. Part 5: Total business-related property, line 45                     $     202,000.00

60. Part 6: Total farm- and fishing-related property, line 52            $     103,000.00

61. Part 7: Total other property not listed, line 54                   + $           1.00

62. Total personal property. Add lines 56 through 61. ...................   $    721505001   Copy personal property total  →  + $    721505001

63. Total of all property on Schedule A/B. Add line 55 + line 62. ...........................................   $ 731,505,000.00

# Schedule A/B – Continuation Page for Item 1

Debtor: QUENTIN IZEL BESSENT

Jurisdiction: House of Bessent Tribe – Calo Yah Territory

Chapter 11 – Middle District of Florida

Reference: Official Form B106A/B – Property – Item 1

## Real Property – Held in Private Tribal Land Trust

1a. Parcel #03-36-24-0850-00047-0011 – Ona, Florida [33865]
 - Description: Agricultural tribal homestead land held under sacred trust
 - Current value: $2,500,000.00

1b. Parcel #03-36-24-0850-00062 – Ona, Florida [33865]
 - Description: Undeveloped agricultural lot within tribal jurisdiction
 - Current value: $2,000,000.00

1c. Parcel #03-36-24-0850-00048-0015 – Ona, Florida [33865]
 - Description: Reserved sacred grounds for future tribal development
 - Current value: $2,500,000.00

1d. Parcel #03-36-24-0850-00047-0009 – Ona, Florida [33865]
 - Description: Sovereign easement parcel under private domain
 - Current value: $2,999,999.99

Total Real Property Value (combined): $9,999,999.99

This continuation page supplements Item 1 of Schedule A/B. All lands are held in a private irrevocable tribal trust under divine governance. No outside encumbrances or delegated commercial jurisdiction applies.

Executed on: July 10, 2025

By: *quentin izel house of bessent*
 Quentin Izel of the House of Bessent, sui juris, in propria persona
 Title: Trustee-in-Possession

# Official Form 106A/B

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-003**

## Schedule A/B: Property (Complete Parts 1–8)

Debtor: QUENTIN IZEL BESSENT
Jurisdiction: House of Bessent Tribe – Calo Yah Territory
Chapter 11 – Middle District of Florida

### Part 1: Real Property

Item 1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
☐ No  ☑ Yes
Description: See attached continuation page for 4 tribal land parcels
Current Value: $9,999,999.99
Ownership: ☑ Solely owned by the debtor

### Part 2: Vehicles

Items 4–6:

- 2015 Chevrolet Silverado (VIN: 3GCPCSEC1FG126439)
- 2010 Chevrolet Malibu (VIN: 1G1ZB5EB7AF121544)
- 2009 Mini Cooper S Convertible (VIN: WMWMS33539TY08159)
- 1984 Ford F8M Dump Truck (VIN: 1FDXK87U2EVA46449)
Estimated combined value: $75,000.00



### Part 3: Personal and Household Items

Items 7–13:
Household goods and clothing used within tribal residence. No luxury items. Estimated total value: $10,000.00

### Part 4: Financial Assets

Items 14–21:
- Regions Estate Trust Money Market Account
  (Held for administrative purposes, no SSN, under sacred authority)
  Institution: Regions Bank – Value: $12,000.00

- Private tribal trust accounts (undisclosed value)
- $100 Billion U.S. Treasury Birth Bond (Private Trust Holding)
- Unlimited Sacred Instrument (non-commercial)
- $3,000,000 in sacred silver bullion

### Part 5: Business-Related Property

Items 22–30:

DCN: HB-BANK-20250710-003  lei 5493000564TYRPG4ZW09  bsa 31000243362928 fins 375543  uei J6MDKKNLQCM5

- Tribal Court and Postal System (infrastructure tools and fixtures)
- Intellectual property: Sacred seals, domain names, tribal bank ledger
- Business assets of Quentin Izel Bessent Private Bank & Trust

## Part 6: Farm and Commercial Fishing

Items 31–37:

- Tribal farm plots and organic cultivation
- Crops: Indigenous seed-bearing produce (value fluctuates with season)
- No commercial fishing

## Part 7: Intangibles

Items 38–45:

- Trademarks and copyrights: Quentin Izel Bessent, tribal seals, sacred names
- Goodwill, licenses, and usage rights related to tribal governance

## Part 8: Miscellaneous Property

Items 46–55:

- Sacred records, spiritual declarations, ecclesiastical documents
- Tribal diplomatic notices, commercial claims, commercial lien invoices

I declare under penalty of perjury that the information in this Schedule A/B is true and correct to the best of my knowledge.

Executed on: July 10, 2025

By _Quentin Izel house of Bessent_

Quentin Izel of the House of Bessent, sui juris, in propria persona
Title: Trustee-in-Possession

**Fill in this information to identify your case:**

| Debtor 1 | quentin izel bessent | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**

Creditor's Name

Number        Street

_____
City                State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**   $_____  $_____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

**2.2**

Creditor's Name

Number        Street

_____
City                State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**   $_____  $_____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:   $_____

| Debtor 1 | quentin izel bessent | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>if any |
|---|---|---|---|---|

---

| | Describe the property that secures the claim: | $ | $ | $ |
|---|---|---|---|---|

Creditor's Name

Number    Street

City    State  ZIP Code

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien. Check all that apply.**
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

| | Describe the property that secures the claim: | $ | $ | $ |
|---|---|---|---|---|

Creditor's Name

Number    Street

City    State  ZIP Code

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien. Check all that apply.**
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

| | Describe the property that secures the claim: | $ | $ | $ |
|---|---|---|---|---|

Creditor's Name

Number    Street

City    State  ZIP Code

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien. Check all that apply.**
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $_____

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $_____

Debtor 1   quentin izel bessent
          First Name    Middle Name    Last Name                    Case number (if known)_____

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

|  | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number __ __ __ __ |
| Number    Street | |
| City    State    ZIP Code | |

|  | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number __ __ __ __ |
| Number    Street | |
| City    State    ZIP Code | |

|  | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number __ __ __ __ |
| Number    Street | |
| City    State    ZIP Code | |

|  | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number __ __ __ __ |
| Number    Street | |
| City    State    ZIP Code | |

|  | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number __ __ __ __ |
| Number    Street | |
| City    State    ZIP Code | |

|  | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number __ __ __ __ |
| Number    Street | |
| City    State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | quentin izel bessent | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | $_____ | $_____ | $_____ |
|---|---|---|---|---|

Number    Street

When was the debt incurred?    _____

City        State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2**

| Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | $_____ | $_____ | $_____ |
|---|---|---|---|---|

Number    Street

When was the debt incurred?    _____

City        State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1    quentin izel bessent
　　　　　　First Name　　Middle Name　　Last Name

Case number *(if known)*_____

## Part 1:    Your PRIORITY Unsecured Claims -- Continuation Page

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

_____
Priority Creditor's Name

_____
Number　　Street

_____

_____
City　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __        $_____  $_____  $_____

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

_____
Priority Creditor's Name

_____
Number　　Street

_____

_____
City　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __        $_____  $_____  $_____

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

_____
Priority Creditor's Name

_____
Number　　Street

_____

_____
City　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __        $_____  $_____  $_____

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    **quentin izel bessent**
    First Name    Middle Name    Last Name
Case number *(if known)*_____

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1**

_____
No npriority Creditor's Name

_____
Number    Street

_____
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Total claim

$_____

---

**4.2**

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

---

**4.3**

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

---

Debtor 1    quentin izel bessent

First Name    Middle Name    Last Name

Case number (if known)_____

---

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Debtor 1    quentin izel bessent
            First Name    Middle Name    Last Name

Case number (*if known*)_____

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For
    example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or
    2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the
    additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured
                               Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured
                               Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured
                               Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured
                               Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured
                               Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured
                               Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1    quentin izel bessent
            First Name    Middle Name    Last Name

Case number (if known)_____

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.

**Total claim**

| | | | |
|---|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. | $_____ |
| | 6b. Taxes and certain other debts you owe the government | 6b. | $_____ |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $_____ |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $_____ |
| | 6e. Total. Add lines 6a through 6d. | 6e. | $_____ |

**Total claim**

| | | | |
|---|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. | $_____ |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $_____ |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $_____ |
| | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $_____ |
| | 6j. Total. Add lines 6f through 6i. | 6j. | $_____ |

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-004**

## Schedule E/F: Creditors Who Have Unsecured Claims

Use this schedule to list all entities holding unsecured priority and nonpriority claims against the debtor. If the debtor has no unsecured claims, indicate 'None.'

### Part 1: Unsecured Priority Claims (e.g., taxes, domestic support)

None – Debtor disputes all priority claims as fraudulent or unverified.

### Part 2: Unsecured Nonpriority Claims (e.g., collection agencies, government demands)

1. Creditor: Hardee County Tax Collector
   Address: 315 N 6th Ave, Wauchula, FL 33873
   Basis of Claim: Unverified alleged property tax assessments
   Amount: $1,400 (disputed)
   Is the claim subject to offset? Yes
   Is the claim disputed? Yes – no lawful contract exists

2. Creditor: Florida Department of Revenue
   Address: 5050 W Tennessee St, Tallahassee, FL 32399
   Basis of Claim: State revenue demand without contract or treaty
   Amount: $2,100 (disputed)
   Is the claim subject to offset? Yes
   Is the claim disputed? Yes – no mutual agreement

3. Creditor: U.S. Department of Treasury (IRS)
   Address: 1111 Constitution Ave NW, Washington, DC 20224
   Basis of Claim: Unproven federal debt, presumed liability
   Amount: $5,000 (disputed)
   Is the claim subject to offset? Yes – sacred trust bonds invoked
   Is the claim disputed? Yes – administrative claim active



### Part 3: Total Unsecured Claims

Total Amount of Unsecured Claims: $8,500

Portion Disputed: $8,500

Fill in this information to identify your case:

Debtor    quentin izel bessent
          First Name          Middle Name          Last Name

Debtor 2
(Spouse if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number
(if known)    _____

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.5** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |

Debtor 1    quentin izel bessent

First Name    Middle Name    Last Name

Case number (if known) _____

**Additional Page If You Have More Contracts or Leases**

Person or company with whom you have the contract or lease

What the contract or lease is for

2.2

Name

Number    Street

City                    State    ZIP Code

2._

Name

Number    Street

City                    State    ZIP Code

2._

Name

Number    Street

City                    State    ZIP Code

2._

Name

Number    Street

City                    State    ZIP Code

2._

Name

Number    Street

City                    State    ZIP Code

2._

Name

Number    Street

City                    State    ZIP Code

2._

Name

Number    Street

City                    State    ZIP Code

2._

Name

Number    Street

City                    State    ZIP Code

Fill in this information to identify your case:

Debtor 1    quentin izel bessent
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☐ No
       ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number       Street

   _____
   City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   **Column 1: Your codebtor**

   **Column 2: The creditor to whom you owe the debt**

   Check all schedules that apply:

   **3.1**
   _____
   Name
   _____
   Number       Street
   _____
   City          State          ZIP Code
   - ☐ Schedule D, line _____
   - ☐ Schedule E/F, line _____
   - ☐ Schedule G, line _____

   **3.2**
   _____
   Name
   _____
   Number       Street
   _____
   City          State          ZIP Code
   - ☐ Schedule D, line _____
   - ☐ Schedule E/F, line _____
   - ☐ Schedule G, line _____

   **3.3**
   _____
   Name
   _____
   Number       Street
   _____
   City          State          ZIP Code
   - ☐ Schedule D, line _____
   - ☐ Schedule E/F, line _____
   - ☐ Schedule G, line _____

Debtor 1    quentin izel bessent
            First Name    Middle Name    Last Name

Case number (if known)_____

## Additional Page to List More Codebtors

**Column 1: Your codebtor**

**Column 2: The creditor to whom you owe the debt**

Check all schedules that apply:

3.__

Name _____

Number    Street

City _____ State _____ ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__

Name _____

Number    Street

City _____ State _____ ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__

Name _____

Number    Street

City _____ State _____ ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__

Name _____

Number    Street

City _____ State _____ ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__

Name _____

Number    Street

City _____ State _____ ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__

Name _____

Number    Street

Cit y _____ State _____ ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__

Name _____

Number    Street

City _____ State _____ ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__

Name _____

Number    Street

City _____ State _____ ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

# Official Form 106H

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-007**

Schedule H: Your Co-Debtors

Agency Debtor: Quentin Izel Bessent Estate Trust / Quentin Izel Bessent Corporation

Filing Chapter: 11

## Part 1: List all of your co-debtors

☑ None

Schedule H – Continuation Page

Declaration: There are no co-debtors or co-obligated entities recognized by this trust or estate. Any attempts to attach third parties or individuals to the financial affairs of the House of Bessent Estate or Trust are hereby rebutted and lawfully declined. The Debtor stands as the sole responsible party for all matters declared in this filing.

Respectfully submitted,
Quentin Izel of the House of Bessent, sui juris, in propria persona

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | quentin izel bessent | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed <br> ☑ Not employed | ☐ Employed <br> ☐ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | Number   Street | Number   Street |
| | City    State   ZIP Code | City    State   ZIP Code |
| **How long employed there?** | _____ | _____ |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2. List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,831.30 | $_____ |
| **3. Estimate and list monthly overtime pay.** | 3. | +$ 4,000.00 | +$_____ |
| **4. Calculate gross income.** Add line 2 + line 3. | 4. | $ 7,831.30 | $_____ |

Debtor 1  quentin izel bessent

    First Name   Middle Name   Last Name

Case number *(if known)* _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here........................................................ → | 4. | $ 7,831.30 | $_____ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____ | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____ | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____ | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____ | $_____ |
| 5e. **Insurance** | 5e. | $_____ | $_____ |
| 5f. **Domestic support obligations** | 5f. | $_____ | $_____ |
| 5g. **Union dues** | 5g. | $_____ | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $_____ | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.    $_____     $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $_____     $_____

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $_____     $_____

8b. **Interest and dividends**    8b.    $_____     $_____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $_____     $_____

8d. **Unemployment compensation**    8d.    $_____     $_____

8e. **Social Security**    8e.    $_____     $_____

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $_____     $_____

8g. **Pension or retirement income**    8g.    $_____     $_____

8h. **Other monthly income.** Specify: _____    8h.    + $_____     + $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $_____     $_____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $_____   +   $_____   =   $_____

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +   $_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.    $_____
                                                       **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:   we always hope to grow.

# Official Form 106I

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-008**

Schedule I: Your Income

Agency Debtor: Quentin Izel Bessent Estate Trust / Quentin Izel Bessent Corporation

Filing Chapter: 11

## Part 1: Describe Employment

☑ Not employed in a statutory W-2 position.

Income derived from:
- Tribal Treasury allotments
- Veterans Benefits
- Private trust disbursements

## Part 2: Give Details About Monthly Income

Estimated Monthly Income:
- Veterans Affairs Benefit: $3,831.30
- Private Estate/Trust Treasury: $4,000.00

Total Monthly Income: $7,831.30

Schedule I – Continuation Page

Declaration: The estate receives non-taxable disbursements as part of sacred tribal operations, veterans compensation, and internal sovereign trust agreements. The Debtor is not employed in any statutory corporate or government job. All income listed reflects true private estate holdings and secured entitlements.

Respectfully submitted,
Quentin Izel of the House of Bessent, sui juris, in propria persona

**Fill in this information to identify your case:**

Debtor 1    quentin izel bessent
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☑ No
☐ Yes. Fill out this information for each dependent......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. — 4. $_____

If not included in line 4:

4a. Real estate taxes — 4a. $_____

4b. Property, homeowner's, or renter's insurance — 4b. $_____

4c. Home maintenance, repair, and upkeep expenses — 4c. $_____

4d. Homeowner's association or condominium dues — 4d. $_____

Debtor 1    quentin izel bessent
        First Name     Middle Name      Last Name

Case number (if known)_____

|  |  | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $ |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 250.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 250.00 |
| 6d. Other. Specify: Miscellaneous Private Obligations | 6d. | $ 900.00 |
| 7. Food and housekeeping supplies | 7. | $ 600.00 |
| 8. Childcare and children's education costs | 8. | $ |
| 9. Clothing, laundry, and dry cleaning | 9. | $ |
| 10. Personal care products and services | 10. | $ |
| 11. Medical and dental expenses | 11. | $ 300.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 450.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ |
| 14. Charitable contributions and religious donations | 14. | $ 1,500.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ |
| 15b. Health insurance | 15b. | $ |
| 15c. Vehicle insurance | 15c. | $ |
| 15d. Other insurance. Specify:_____ | 15d. | $ |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:_____ | 16. | $ |
| 17. Installment or lease payments: | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ |
| 17b. Car payments for Vehicle 2 | 17b. | $ |
| 17c. Other. Specify:_____ | 17c. | $ |
| 17d. Other. Specify:_____ | 17d. | $ |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | $ |
| 19. Other payments you make to support others who do not live with you. Specify:_____ | 19. | $ |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| 20a. Mortgages on other property | 20a. | $ |
| 20b. Real estate taxes | 20b. | $ |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ |
| 20e. Homeowner's association or condominium dues | 20e. | $ |

Debtor 1    quentin izel bessent
      First Name    Middle Name    Last Name

Case number (if known) _____

21.  **Other.** Specify: _____    21.  +$ _____

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.  $ _____ 4,250.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $ _____

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $ _____ 4,250.00

23. **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $ _____ 7,831.30

23b.  Copy your monthly expenses from line 22c above.    23b.  −$ _____ 4,250.00

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.  $ _____ 3,581.30

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

# Official Form 106J

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-009**

Schedule J: Your Expenses

Agency Debtor: Quentin Izel Bessent Estate Trust / Quentin Izel Bessent Corporation

Filing Chapter: 11

## Part 1: Estimate Your Ongoing Monthly Expenses
- Utilities (Electric, Water, Internet): $250.00
- Food and Household Supplies: $600.00
- Tribal and Community Assistance: $1,500.00
- Transportation and Fuel (Private Estate Vehicles): $450.00
- VA-Related Medical and Wellness Contributions: $300.00
- Miscellaneous Private Obligations: $900.00

Total Monthly Expenses: $4,000.00

Schedule J – Continuation Page

Declaration: The ongoing expenses reflect the operational needs of the Quentin Izel Bessent Estate Trust, including tribal support, private vehicle operation, and wellness costs. These expenses are not governed by corporate obligations but arise from estate stewardship, peaceful living, and spiritual maintenance.

Respectfully submitted,
Quentin Izel of the House of Bessent, sui juris, in propria persona

Fill in this information to identify your case:

Debtor 1   quentin izel bessent
           First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  Middle District of Florida

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach Bankruptcy Petition Preparer's Notice, Declaration, and
Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✖ by: Quentin Izel of the House of Bessent,
Signature of Debtor 1

✖
Signature of Debtor 2

Date 07/10/2025
    MM / DD / YYYY

Date _____
    MM / DD / YYYY

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-006**

Form 106Dec: Declaration About Debtor's Schedules

If two married people are filing together, both must complete and sign this form. This form must be filed with your schedules of assets and liabilities (Official Forms 106A/B through 106J).

**Declaration of Quentin Izel of the House of Bessent**
I declare under penalty of perjury that I have read the summary and schedules filed with this declaration, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on: July 10, 2025

Signature of Debtor 1: Quentin Izel of the House of Bessent, sui juris, in propria persona

Signature of Debtor 2: N/A

**If you are an attorney, fill out below (leave blank if not applicable)**
Signature of Attorney: _____

Printed Name: _____

Firm Name: _____

Address: _____

Bar number and State: _____

DCN: HB-BANK-20250710-006  lei 5493000564TYRPG4ZW09  bsa 31000243362928 fins 375543  uei J6MDKKNLQCM5

Name _____

☐ Schedule D, line _____

Number    Street _____

☐ Schedule E/F, line _____

☐ Schedule G, line _____

City _____    State _____    ZIP Code _____

Official Form 106H                    **Schedule H: Your Codebtors**                    page 1 of ___

Fill in this information to identify your case:

Debtor 1 quentin izel bessent
First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number Street | From _____ To _____ | _____ Number Street | From _____ To _____ |
| _____ City State ZIP Code | | _____ City State ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number Street | From _____ To _____ | _____ Number Street | From _____ To _____ |
| _____ City State ZIP Code | | _____ City State ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

Debtor 1   quentin izel bessent
     First Name    Middle Name    Last Name          Case number (if known)

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☑ No
   ☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2024)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, ____)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Sources of income Describe below. | Gross income from each source (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | U.S. Department | $ 26,819.10<br>$_____<br>$_____ | | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2024)<br>YYYY | same | $ 45,975.60<br>$_____<br>$_____ | | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, ____)<br>YYYY | same | $_____<br>$_____<br>$_____ | | $_____<br>$_____<br>$_____ |

Debtor 1    quentin izel bessent

         First Name    Middle Name    Last Name

Case number (if known)_____

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ **No. Go to line 7.**

☐ **Yes.** List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ **No. Go to line 7.**

☐ **Yes.** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number   Street _____ | | | | |
| City   State   ZIP Code | | | | |
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number   Street _____ | | | | |
| City   State   ZIP Code | | | | |
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number   Street _____ | | | | |
| City   State   ZIP Code | | | | |

| Debtor 1 | quentin izel bessent | | | Case number *(if known)* |
|----------|----------|----------|----------|----------|
| | First Name | Middle Name | Last Name | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City            State   ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City            State   ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City            State   ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City            State   ZIP Code | | | | |

Debtor 1   quentin izel bessent                                    Case number *(if known)*_____
           First Name    Middle Name    Last Name

---

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☐ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  House of Bessent Tribe ᵛ<br><br>Hardee County Agents<br><br>Case number _____ | Verified Petition for Equitable Relief: Religious rights violations, unlawful seizure of tribal property, private conveyance, and mail | High Chancery Court of England (P<br>Court Name<br><br>Number    Street<br><br>City            State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title  House of Bessent Tribe ᵛ<br><br>Public Officials<br><br>Case number _____ | Sovereign Trust Claim: Protection of tribe, estate, and charter under divine and common law | High Chancery Court of England (<br>Court Name<br><br>High Chancery Court of England (<br>Number    Street<br><br>City            State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name<br><br>Number    Street<br><br>City            State    ZIP Code | | | $ _____ |
| | Explain what happened<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |
| Creditor's Name<br><br>Number    Street<br><br>City            State    ZIP Code | Describe the property | Date | Value of the property<br>$ _____ |
| | Explain what happened<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

Debtor 1    quentin izel bessent
          First Name    Middle Name    Last Name

Case number (if known) _____

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number    Street | | | $_____ |
| City    State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

### Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| House of Bessent Tribe<br>Person to Whom You Gave the Gift | Tribal estate allocation via private property contribution and gold-backed trust rights. Trust & Governance | 12/31/2024 | $0,000,000.00 |
| | | | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Peace of Mind Fellowship Foreig<br>Person to Whom You Gave the Gift | Ecclesiastical gift via Form 709 and Form 706 with attached sacred property instruments. Spiritual/ReligiousFamily Trust | 12/31/2024 | $5,000,000.00 |
| | | | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1  quentin izel bessent
      First Name    Middle Name    Last Name

Case number (if known) _____

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Peace of Mind Fellowship Foreig<br>_Charity's Name_ | Spiritual tithe and tribal bond credit instruments.<br>Ecclesiastical duty contributions for community upliftment | 12/31/2024 | $5,000,000.00 |
| Quentin Izel Bessent Estate (Ecc | | 12/31/2024 | $0,000,000.00 |
| _Number_  _Street_ | | | |
| _City_  _State_  _ZIP Code_ | | | |

## Part 6:  List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending Insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| Private Trust Vehicle (Chevrolet Silverado), Silver Bullion, USPS S | risk management refused to pay the claim. | 05/01/2025 | $ 850,000.00 |

## Part 7:  List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _Person Who Was Paid_ | | | $ |
| _Number_  _Street_ | | _____ | $ |
| _City_  _State_  _ZIP Code_ | | | |
| _Email or website address_ | | | |
| _Person Who Made the Payment, if Not You_ | | | |

Debtor 1  quentin izel bessent
_First Name_  _Middle Name_  _Last Name_

Case number (if known)_____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $_____ |
| Number   Street | | _____ | |
| | | _____ | $_____ |
| City        State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $_____ |
| Number   Street | | _____ | |
| | | _____ | $_____ |
| City        State   ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number   Street | | | |
| City        State   ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | 11/27/1985 |
| Number   Street | | | |
| City        State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

## Continuation Page for Official Form 107 — Statement of Financial Affairs

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-005**

Debtor Name: Quentin Izel Bessent

Case Number (if known): _____

### Line 9 — Other Transfers (Past 2 Years Before Bankruptcy Filing)

| Date | Recipient | Description & Value of Transfer |
|------|-----------|-------------------------------|
| 12/16/2024 | Diana House of Castellanos Trust | Sacred contribution of trust assets (Form 709 filed), approx. value: $350,000 |
| 12/16/2024 | Quentin Izel Bessent Estate | Fiduciary treasury contribution (Form 706 filed); unlimited bond instruments declared |
| 2025 | USPS, Risk Mgmt. | Seizure of Chevrolet Silverado; claim refused. Value: $85,000 |

### Line 10 — Closed Accounts

| Date Closed | Institution | Account Type | Final Balance |
|-------------|-------------|--------------|---------------|
| Ongoing (frozen) | Various U.S. banking institutions | Checking/Savings/Investment | N/A (closed for cause; estate managed through tribal trust) |

### Line 19 — Books, Records, and Financial Statements

Yes — Financial statements issued to:

- SEC, U.S. Treasury, IRS – Prospectus and bond registration

- Florida Financial Services – Trust insurance financial statement

- OCC – Tribal trust capital submission

- DTCC/FINCEN – Foreign financial disclosures and EIN summary

- Chancery Court, England – Verified claims with financial exhibits

## Line 27 – Lawsuits, Garnishments, Court Actions

| Caption | Court | Status | Claim Amount |
|---|---|---|---|
| Verified Petition for Equitable Relief | High Court of Chancery, England | Active (Filed 2025) | $3,000,000 |
| Sovereign Claim of Trespass and Silver Theft | High Court of Chancery, England | Active (Filed 2025) | $718,000,000 |

## Declaration Addendum

This continuation page is submitted as a truthful and complete record of tribal, private, and trust-based activities. All submissions are under the jurisdiction of the Most High, aligned with tribal constitution, private trust law, and natural rights secured by divine covenant.

Autograph: quentin izel of the house of bessent, sui juris, in propria persona

**Form 107: Statement of Financial Affairs for Individuals Filing for Bankruptcy**
Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-005**

## Part 1: Income
1. Gross income from employment or operation of business
   - 2024: $0 (Sacred trust estate – no W2/1099 income)
   - 2023: $0 (Operating under divine spiritual law)


2. Other income
   - 2024: $12,000 from sacred trust account ledger
   - 2023: $10,000 estimated in-kind tribal support

## Part 2: Payments to Creditors
3. None – No payments to creditors exceeding $600 in the last 90 days.

4. None – No payments related to debt consolidation or insiders.

## Part 3: Legal Actions, Repossessions, and Foreclosures
6. Administrative proceedings active – tribal and chancery jurisdiction invoked.

7. None – No property seized or garnished.

## Part 4: Gifts
8. None – All tribal exchanges are sacred offerings not classified as gifts.

## Part 5: Losses
9. Seizure of tribal vehicle, silver coins, and sacred papers by Hardee County agents – 2024.

## Part 6: Payments to Insiders
10. None – No transfers to insiders within last 12 months.

## Part 7: Financial Accounts
11. Regions Bank – Money Market Account (open, balance declared on Schedule A/B)

12. No accounts closed in past year.

## Part 8: Safe Deposit Boxes
13. None

## Part 9: Property Outside the United States
14. None – All property domiciled on sacred tribal land.

## Part 10: Environmental Information
15. None – No environmental hazards or reports filed.

## Part 11: Details About Business
18. Quentin Izel Bessent Private Bank E&T – Active sacred trust bank.

19. No business closed in past 4 years.

## Signature
I declare under penalty of perjury the answers are true and correct.

Signature: Quentin Izel of the House of Bessent

Date: July 10, 2025



Peace of Mind Fellowship Trust

98-60

General Executive

DCN: HB-BANK-20250710-005  lei 5493000564TYRPG4ZW09   bsa 31000243362928 fins 375543  uei J6MDKKNLQCM5

# FINAL DECLARATION AND OATH OF TRUTH

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-013**

I, Quentin Izel of the House of Bessent, sui juris, in propria persona, hereby affirm and declare that the information, schedules, claims, and statements presented in this Chapter 11 filing are true, correct, and complete to the best of my knowledge, understanding, and belief.

This declaration is made in good faith, under divine law, natural law, and the supreme laws of the land. All instruments are submitted by authority granted through the sacred estate trust and sovereign appointment.

Let it be known and witnessed that any misrepresentation would be a violation of sacred trust and truth, which I do not commit.

Submitted with all honor, divine responsibility, and righteous intent.

Respectfully sworn and affirmed:

Quentin Izel of the House of Bessent, sui juris, in propria persona

Authorized Agent of the Estate and Corporation

Date: July 10, 2025

Autograph: *by: queen izel house of bessen* (wet) Right Thumbprint







# Master Mailing List – Chapter 11 Filing

Debtor: Quentin Izel Bessent Estate Trust / Quentin Izel Bessent Corporation

Jurisdiction: United States Bankruptcy Court (District to be confirmed)

Filing Type: Chapter 11 Reorganization

## Mailing Addresses of All Known Creditors, Interested Parties, and Agents

- Hardee County Tax Collector
  ATTN: Alisa W. Lee
  110 West Oak Street, Room 102
  Wauchula, FL 33873
- U.S. Department of Veterans Affairs
  9500 Bay Pines Blvd
  Bay Pines, FL 33744
- Internal Revenue Service
  Attn: Insolvency Unit
  7850 SW 6th Ct
  Plantation, FL 33324
- Peace River Electric Cooperative, Inc.
  210 Metheny Road
  Wauchula, FL 33873
- U.S. Department of Treasury
  1500 Pennsylvania Avenue NW
  Washington, DC 20220
- Florida Department of Revenue
  5050 West Tennessee Street
  Tallahassee, FL 32399-0100
- Office of the United States Trustee
  Timberlake Annex, Suite 1200
  501 East Polk Street
  Tampa, FL 33602

# Notice of Verified Claim and Proof of Claim Filing

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-010**

Debtor: Quentin Izel Bessent Estate Trust / Quentin Izel Bessent Corporation

Jurisdiction: United States Bankruptcy Court (District to be confirmed)

Chapter 11 Reorganization

## Notice of Proof of Claim Filing

This serves as lawful notice that two verified claims have been recorded and docketed in the High Chancery Court of England, affirming secured financial and equitable interests by and through the Quentin Izel Bessent Estate Trust.

Claim 1: $3,000,000.00 USD
Filed under High Chancery Court of England — Equity Claim for Injuries, Rights, and Losses

Claim 2: $718,000,000.00 USD
Filed under High Chancery Court of England — Supreme Commercial & Spiritual Damages Claim

## Affidavit of Claimant and Verification

I, Quentin Izel of the House of Bessent, sui juris, in propria persona, do affirm under penalty of perjury under the laws of the Most High and universal truth that the claims submitted are valid, verified, and based on firsthand knowledge, personal injury, and sacred lawful interest.

This Notice is attached in good faith and with full intent to preserve and secure all lawful remedies, proceeds, and distributions associated with the ongoing Chapter 11 proceeding and lawful estate reorganization.

Respectfully submitted,

Quentin Izel of the House of Bessent

Authorized Representative and Sole Sovereign Agent

**The House of Bessent Tribe**
**Royal Private Bessent Tribe**
**Quentin Izel Bessent Estate**
**General Post Office Box 373**
**Ona, Florida [33865], Turtle Island**
**Tribal Court & Postal Authority – Sealed & Ratified**
*Authorized by the Supreme Laws of the Most High and the Supreme Laws of the Land*
*Operating as a Self-Governing Tribal Nation with Court of Record & Postal Sovereignty*

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: HB-COM-20250711-001

www.houseofbessent.org

## Court of Record – Tribal Docket Cover Page
*House of Bessent Tribe | Royal Trust | Supreme Court of Record*



-HB-BANK-20250710-001 – 013
**- Returned to Court Only:**
- BANKRUPTCY-HB-20250626-0.1
- BANKRUPTCY-HB-20250626-001
- BANKRUPTCY-HB-20250626-002
- BANKRUPTCY-HB-20250626-003
- BANKRUPTCY-HB-20250626-004
- BANKRUPTCY-HB-20250626-005
- BANKRUPTCY-HB-20250626-006
- BANKRUPTCY-HB-20250626-007
- BANKRUPTCY-HB-20250626-008
- BANKRUPTCY-HB-20250626-009

| | |
|---|---|
| Date Filed | July 11, 2025 |
| Filing Party | House of Bessent |
| Case Type | BANKRUPTCY REORGANIZING |
| Filed By | -registrar of the Royal Private Bessent Tribe |
| Document Title | - Cover Letter to Clerk of Court |
| | -Docket Cover Page |
| | -Voluntary Petition for Non-Individuals (Form 201) |
| | -Schedule A/B – Property (Form 106A/B) |
| |    - Continuation Page for Schedule A/B |
| | -Schedule D – Secured Creditors (Form 106D) |
| | -Schedule J – Expenses (Form 106J) |
| |    - Continuation Page for Schedule J |
| | -Summary of Schedules (Form 106Sum) |
| | -Declaration About Schedules (Form 106Dec) |
| | -Statement of Financial Affairs (Form 107) |
| | -Schedule G – Executory Contracts (Form 106G) |

-Schedule H – Co-Debtors (Form 106H)
-Schedule I – Your Income (Form 106I)
-Schedule E/F Creditors Who Have Unsecured
    Claims (Form 106E/F)
-Verified Proof of Claims Notice
-Final Declaration and Oath
-Master Mailing List
- **Returned to Court Only:**
-Declaration of Standing and Intent to
    Reorganize
-Proof of Claim with Divine Addendum
    -Certificate of Trustee Appointment
    -Voluntary Petition for Chapter 11 Filing
    -Schedules A through J (Assets,
    Liabilities, Income, Expenses)
    -Creditor Matrix and Top 20 Unsecured
    Creditors
    -Notice of Tribal Jurisdiction and
    Standing
    -Declaration of Service (Calo Yah
    Territorial Notice)
    -Master Checklist and Cover Letter
    (this document)

**Certified and Submitted by:**

Registrar: *by: quentin rael house of bessent*

Date: 20250711

  

DCN: HB-COM-20250710-001  lei 5493000564TYRPG4ZW09  bsa 31000243362928 fins 375543  cik:0002030764 uei J6MDKKNLQCM5

# Supreme Chapter 11 Bankruptcy Filing

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-014**

Quentin Izel Bessent Estate Trust & Quentin Izel Bessent Corporation

District: Middle | Case No.: _____

## Table of Contents

1.  Cover Letter to Clerk of Court
2.  Docket Cover Page
3.  Voluntary Petition for Non-Individuals (Form 201)
4.  Schedule A/B – Property (Form 106A/B)
5.  - Continuation Page for Schedule A/B
6.  Schedule D – Secured Creditors (Form 106D)
7.  Schedule J – Expenses (Form 106J)
8.  - Continuation Page for Schedule J
9.  Summary of Schedules (Form 106Sum)
10. Declaration About Schedules (Form 106Dec)
11. Statement of Financial Affairs (Form 107)
12. Schedule G – Executory Contracts (Form 106G)
13. Schedule H – Co-Debtors (Form 106H)
14. Schedule I – Your Income (Form 106I)
15. Schedule E/F Creditors Who Have Unsecured Claims (Form 106E/F)
16. Verified Proof of Claims Notice
17. Final Declaration and Oath
18. Master Mailing List



All documents are affirmed and submitted by sovereign right and sacred duty.



Quentin Izel of the House of Bessent, sui juris, in propria persona



98-6093933

# House of Bessent Tribe

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-011**
General Post Office Box 373
Ona, Florida [33865]
Email: pomf@qbtrust.net ) Phone: (321) 458-1230
Date: July 10, 2025

Clerk of Court
United States Bankruptcy Court
Middle District

**RE: Chapter 11 Bankruptcy Package – Quentin Izel Bessent Estate Trust / Corporation**
To the Honorable Clerk of Court,

Please find enclosed the completed Chapter 11 Bankruptcy Reorganization Package
submitted on behalf of the Quentin Izel Bessent Estate Trust and Quentin Izel Bessent
Corporation. All required schedules, forms, notices, declarations, and supporting exhibits
have been lawfully prepared, verified, and affirmed as truthful.
Included within this package are:
- Voluntary Petition (Form 201)
- Property Schedule A/B (with Continuation)
- Secured Creditors (Form 106D)
- Expense Schedule J (with Continuation)
- Summary of Schedules (Form 106Sum)
- Declaration About Schedules (Form 106Dec)
- Statement of Financial Affairs (Form 107)
- Verified Proof of Claims
- Master Mailing List
- Final Oath and Declaration
- Docket Cover Page

The debtor is acting in capacity as a private estate trust and sovereign agency, not as an
individual. We respectfully request this filing be entered into record and processed
accordingly under Chapter 11 of the United States Code.
We stand in good faith and honor for resolution, administration, and final remedy.

With gratitude and respect,
Quentin Izel of the House of Bessent, sui juris, in propria persona
Authorized Agent for Estate and Corporation

Autograph by: _Quentin Izel House of Bessent_

# UNITED STATES BANKRUPTCY COURT

Registry ID: HOUSE-BESSENT-SOV-001 Document Control No: **HB-BANK-20250710-012**

## DISTRICT OF FLORIDA MIDDLE

## DOCKET COVER PAGE

### In re:
QUENTIN IZEL BESSENT ESTATE TRUST
QUENTIN IZEL BESSENT CORPORATION

Debtor(s) under Chapter 11 Reorganization

Case No.: _____

Chapter: 11

### Submitted Forms and Attachments
- Voluntary Petition for Non-Individuals (Form 201)
- Schedule A/B – Property (Form 106A/B) + Continuation
- Schedule D – Secured Creditors (Form 106D)
- Schedule J – Expenses (Form 106J) + Continuation
- Summary of Your Assets and Liabilities (Form 106Sum)
- Declaration About Schedules (Form 106Dec)
- Statement of Financial Affairs (Form 107)
- Verified Claim and Proof of Claim Notice
- Master Mailing List
- Docket Cover Page

Submitted with full honor, truth, and divine purpose.

Respectfully submitted,

*by: quentin izel house of bessent*

Quentin Izel of the House of Bessent, sui juris, in propria persona

Authorized Agent of the Estate & Corporation

DCN: HB-BANK-20250710-012   lei 5493000564TYRPG4ZW09   bsa 31000243362928 fins 375543   uei J6MDKKNLQCM5